UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **THOMAS STALCUP,**<br>             **Plaintiff,**<br><br>     **v.**<br><br>**CENTRAL INTELLIGENCE AGENCY,**<br>**U.S.,**<br>             **Defendant.** | **CIVIL ACTION**<br><br>**NO. 1:11-11250-FDS** |

## JUDGMENT

**Saylor, D. J.**

In accordance with the Court's Memorandum and Order issued on September 05, 2013, granting the defendant's motion for summary judgment in the above-entitled action, it is hereby ORDERED:

    Judgment for the defendant.

So Ordered.

F. DENNIS SAYLOR, IV
UNITED STATES DISTRICT JUDGE

By the Court:
**September 11, 2013**       **/s/ Pietro Cicolini**
Date                                       Deputy Clerk